E-FILED
Monday, 30 October, 2006  01:39:57 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| KAREN K. REESE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RALPH R. REESE, JR., ) ) ) ) Plaintiff, ) ) v. ) ) PNEUMO ABEX CORP., ET AL., ) ) Defendants. ) | Case No. 06-1213 |

## ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 6], which addresses Plaintiff's Objection to Removal [Doc. # 4]. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Government's Petition for Removal is ALLOWED over Plaintiff's Objection [Doc. # 4].

Entered this   27th   day of October, 2006.

                                                      s/ Joe B. McDade
                                                     JOE BILLY McDADE
                                       United States District Judge