## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| KAREN K. REESE, | ) |
|     Plaintiff, | ) |
|         v. | ) Case No. 06-cv-1213 |
| FEDERAL TRADE COMMISSION and C. STEVEN BAKER, | ) |
|     Defendants. | ) |

### O R D E R

Before the court is Magistrate Judge Cudmore's Report and Recommendation [Doc. 11] on the Defendants' Motion to Quash Subpeona Duces Tecum and Dismiss Rule to Show Cause filed on October 31, 2006 [Doc. 8]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. §636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views, Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, this Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Quash Subpoena Duces Tecum and Dismiss Rule to Show Cause [doc. 8] is GRANTED and that this case be TERMINATED.

Entered this   22nd   day of February, 2007

                                                s/ Joe B. McDade
                                                JOE BILLY McDADE
                                      United States District Judge